ELOISE EVANS JORDAN, Plaintiff, v. HENRY C. JORDAN and Others, as Executors, etc., Defendants.— The rule that dower will not be admeasured upon dower will only be applied when dower is actually assigned. Testator's first wife never became seized of any portion of the real property described in the submission, and the admeasurement of plaintiff's dower upon the whole of the property in question does not constitute a violation of the rule. Judgment that plaintiff is entitled to have a gross sum paid to her, ascertained by computing the interest for one year at five per cent upon one-third of $23,000, and multiplying the result by the number of years purchase which an annuity of $1 is worth at her age,.is directed to be entered accordingly, without costs. Mills, Rich, Blackmar, Kelly and Jaycox, JJ., concurred.

JOHN MATUS, Respondent, v. JOHN SMELOFSKI and MARY SMELOFSKI, Appellants.— Judgment and order of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

LOUIS MROZAK, Appellant, v. PRUDENCE M. COBB, Respondent.— Judgment of the County Court of Westchester county reversed, and new trial ordered in said court, costs to abide the event, upon the ground that the evidence tended to establish that plaintiff was free from contributory negligence. Mills, Rich, Putnam, Kelly and Jaycox, JJ., concurred.